IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:24-cv-00726-FL

**AMANDA REBBERT,**

                              **Plaintiff,**

**v.**

**STATE FARM FIRE AND CASUALTY COMPANY,**

                              **Defendant.**

**ORDER**

THIS MATTER is before the Court on Defendant State Farm Fire and Casualty Company's Motion to Remand on grounds that the Court no longer has subject matter jurisdiction due to Plaintiff's stipulation that the amount in controversy is less than $75,000 as required under 28 U.S.C. § 1332. Plaintiff consents to Defendant's Motion. Good grounds exist for allowing Defendant's Motion, and the same is therefore GRANTED.

IT IS HEREBY ORDERED.

This the 7th day of January, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge